## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**                                                   MDL No. 2326

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −28)

On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for
the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 194 additional action(s) have
been transferred to the Southern District of West Virginia. With the consent of that court, all such
actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of West Virginia and assigned
to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with
the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jul 17, 2012**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

**JUL 19 2012**

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

By _____ Deputy

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**                                       MDL No. 2326

### SCHEDULE CTO−28 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ARIZONA

| | | | |
|------|------|---------|--------------|
| AZ | 3 | 12−08130 | Matkin v. Boston Scientific Corporation |

CALIFORNIA NORTHERN

| | | | |
|------|------|---------|--------------|
| CAN | 3 | 12−03319 | Smith et al v. Boston Scientific Corporation |
| CAN | 3 | 12−03321 | Smith et al v. Boston Scientific Corporation |
| CAN | 3 | 12−03334 | Luna v. Boston Scientific Corporation et al |
| CAN | 3 | 12−03336 | Rogers v. Boston Scientific Corporation et al |
| CAN | 3 | 12−03375 | Qualls v. Boston Scientific Corporation |

GEORGIA NORTHERN

| | | | |
|------|------|---------|--------------|
| GAN | 2 | 12−00155 | Davis et al v. Boston Scientific Corporation |
| GAN | 2 | 12−00156 | Voyles et al v. Boston Scientific Corporation |

ILLINOIS NORTHERN

| | | | |
|------|------|---------|--------------|
| ILN | 1 | 12−05142 | Hutchens v. Boston Scientific Corporation |
| ILN | 1 | 12−05177 | King et al v. Boston Scientific Corporation |

KANSAS

| | | | |
|------|------|---------|--------------|
| KS | 2 | 12−02414 | Killcreas et al v. Boston Scientific Corporation et al |

KENTUCKY WESTERN

| | | | |
|------|------|---------|--------------|
| KYW | 3 | 12−00360 | Shelmidine et al v. Boston Scientific Corporation |

MISSOURI WESTERN

| | | | |
|------|------|---------|--------------|
| MOW | 4 | 12−00832 | Blendermann et al v. Boston Scientific Corporation et al |
| MOW | 4 | 12−00833 | Hawkins v. Boston Scientific Corporation et al |
| MOW | 4 | 12−00835 | Naquin v. Boston Scientific Corporation et al |

| | | | |
|---|---|---|---|
| MOW | 4 | 12−00836 | Lamb et al v. Boston Scientific Corporation |
| MOW | 4 | 12−00849 | Senninger v. Boston Scientific Corporation et al |
| MOW | 4 | 12−00850 | Wheeler et al v. Boston Scientific Corporation et al |
| MOW | 4 | 12−00851 | Rougeau et al v. Boston Scientific Corporation et al |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 12−00616 | Bieger v. Boston Scientific Corporation |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 12−00581 | Martz et al v. Boston Scientific Corporation |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 4 | 12−00395 | Simpson et al v. Boston Scientific Corporation |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 12−02097 | Epperson et al v. Boston Scientific Corporation et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12−01956 | Cabello et al v. Boston Scientific Corporation |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 2 | 12−00046 | Henriksen et al v. Boston Scientific Corporation |